JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. MISHAN & SONS, INC. d/b/a EMSON; EDDIE MISHAN; STEVEN MISHAN; and DOES 1-10 inclusive,<br><br>　　　　　Defendants.<br><br>E. MISHAN & SONS, INC. d/b/a EMSON; EDDIE MISHAN; and STEVEN MISHAN,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>HOMELAND HOUSEWARES, LLC,<br><br>　　　　　Counter-Defendant. | Case No.  CV 11-1935 JFW (AGRx)<br><br>Assigned to Hon. John F. Walter<br>Complaint Filed:  March 7, 2011<br><br>**ORDER DISMISSING ACTION PURSUANT TO THE STIPULATION OF THE PARTIES** |

/ / /

/ / /

/ / /

/ / /

    Plaintiff and counterdefendant Homeland Housewares, LLC ("Homeland") and defendants and counterclaimants E. Mishan & Sons, Inc., Edward Mishan and Steven Mishan (collectively the "Emson Parties") having stipulated, through their respective counsel, that the above-captioned action (the "Action") shall be dismissed on certain terms and conditions,

**IT IS HEREBY ORDERED** as follows:

(1)    that the [First] Amended Complaint and all of the claims that Homeland has alleged in the Action against the Emson Parties shall be dismissed with prejudice;

(2)    that all of the counterclaims that the Emson Parties have alleged in the Action against Homeland shall be dismissed without prejudice; and

(3)    that each party to the Action shall bear his or its own attorneys' fees and costs incurred in connection with the Action.

Dated: May 2, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE